AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  7:23-mj-0320 |
| Jose Arturo BARRERA-Torres  COC: Mexico | ) ) ) ) | United States Courts  Southern District of Texas  FILED |
| *Defendant(s)* | | *February 16, 2023* |

## CRIMINAL COMPLAINT

Nathan Ochsner, Clerk of Court

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  July 2021 to November 2022  in the county of  Hidalgo  in the
 Southern  District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2252A(a)(2)(A) | knowingly receives any child pornography using any means or facility of interstate or foreign commerce or that has been mailed, or has been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer. |

This criminal complaint is based on these facts:

See "Attachment A"

☑ Continued on the attached sheet.

Authorized by AUSA Michael Mitchell 2/16/23

/s/ Ian Kelly
*Complainant's signature*

Ian Kelly, HSI Special Agent
*Printed name and title*

"Submitted by reliable electronic means, sworn to and signature attested as per Fed Rules Cr. Proc. 4.1"

Date:  02/16/2023  @ 8:29 p.m.

*Judge's signature*

City and state:  McAllen, TX

Hon. Juan F. Alanis United States Magistrate Judge
*Printed name and title*

Attachment "A"

On February 16, 2023, at approximately 1:30 p.m., members of the Homeland Security Investigations (HSI) led Rio Grande Valley Child Exploitation Investigation Task Force (RGV CEITF) were following up on a lead created by the Texas Attorney General's Office (AGO) generated in a proactive peer to peer (P2P) investigation.

A suspect was identified using investigative means and Jose Arturo BARRERA-Torres (hereafter BARRERA), was encountered at his residence on February 16, 2023. Members of the RGV CEITF identified themselves at BARRERA's residence, located in Weslaco, Texas, and asked to speak with him. BARRERA agreed to speak with members of the RGV CEITF.

During a consensual interview at his residence, BARRERA admitted to downloading and viewing child pornography. Members of the RGV CEITF asked BARRERA if they could look at his laptop and he agreed. The laptop of Barrera contained approximately thirty (30) videos depicting prepubescent children engaged in sex acts with adults constituting child pornography pursuant to 18 United States Code Section 2256. BARRERA was then transported to the HSI field office where in a post-Miranda interview, BARRERA again admitted to knowing what child pornography is and that child pornography was prohibited, and that he viewed and downloaded child pornography.

From approximately July 2021 to November 2022, BARRERA admitted to downloading and receiving approximately eighty (80) to one hundred (100) child pornography videos on his laptop utilizing eDonkey P2P file sharing software.